UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JUSTIN SCHMIDT** | **CIVIL ACTION NO.:** |
| Plaintiff, | |
| v. | **DISTRICT JUDGE:** |
| **TRACTOR SUPPLY COMPANY** | |
| Defendant. | **MAGISTRATE:** |

## COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes **JUSTIN SCHMIDT**, who files this Complaint against **TRACTOR SUPPLY COMPANY**. The facts more specifically set forth below are based upon personal knowledge and upon information and belief.

1.

Made Plaintiff herein is **JUSTIN SCHMIDT**, at all times material herein: a person of the full age of majority and a resident of Houston, Texas.

2.

Made Defendant herein is **TRACTOR SUPPLY COMPANY**, at all times material herein: a Tennessee cooperation, with its principal business office located in Brentwood, Tennessee, but doing business in the State of Louisiana as well as in this District, and which may be served through its Registered Agent for Service of Process, CT Corporation System, 3867 Plaza Tower Dr., Baton Rouge, LA 70816.

1

3.

Jurisdiction is proper in this Honorable Court pursuant to 28 U.S.C. § 1332 and § 1441 because complete diversity of citizenship exists between the parties and because the amount in controversy is greater than the minimum jurisdictional amount.

4.

Venue is proper in this Honorable Court pursuant to 28 U.S.C. § 139l(b) because a substantial part of the events and/or omissions giving rise to the claim occurred in St. Tammany Parish, which is within this District.

5.

The accident at issue herein occurred at a **TRACTOR SUPPLY COMPANY** store located in Covington, Louisiana, and Defendant is justly and truly indebted to Plaintiff for said accident, in such amounts to be determined by this Court, together with legal interest from date of judicial demand and for the costs of these proceedings.

6.

At all pertinent times herein, Defendant, **TRACTOR SUPPLY COMPANY**, was the owner, lessee, and/or entity with *garde* of the Tractor Supply Company store located at 1884 Collins Blvd., Covington, Louisiana, 70433, which is where the incident made the basis of this litigation occurred.

7.

On or about November 7, 2021, Plaintiff was an invited guest when he was injured inside **TRACTOR SUPPLY COMPANY**'s store. Specifically, **JUSTIN SCHMIDT** was injured when he slipped, tripped and/or fell due to a hazardous and dangerous condition located in **TRACTOR SUPPLY COMPANY**, including, but limited to: tripping and/or slipping on chicken feed and/or

other similar material located on the floor. As a result of the hazardous and dangerous condition on the property, as well as the lack of any warning regarding same, **JUSTIN SCHMIDT** suffered severe injuries.

8.

Upon information and belief, at all material times hereto prior to and through the time of the November 7, 2021 accident at issue herein, defendant, **TRACTOR SUPPLY COMPANY**, was responsible for the set-up, upkeep, maintenance, and repair of the property. Defendant failed to properly maintain the property free of defects and/or failed to properly warn Plaintiff about said defects causing the accident at issue herein to **JUSTIN SCHMIDT**.

9.

**TRACTOR SUPPLY COMPANY** surveillance system captured a video of the incident on November 7, 2021; however, **TRACTOR SUPPLY** COMPANY refused to provide the video to **JUSTIN SCHMIDT**, citing a company policy that no video footage of incidents are released without submission of a lawsuit.

10.

The aforementioned accident was caused by the negligence of defendants, **TRACTOR SUPPLY COMPANY**, its agents and employees, including, but not limited to, the following actions and/or inactions, as well as the presence of the following non-exclusive list of defects within said premises at the time of the accident, said defendants are liable to your petitioner pursuant to the provisions of La. C.C. Art. 2315 and/or 2317:

a) Failure to respond to unsafe conditions upon the property;
b) Allowing the existence of unsafe conditions upon the property;
c) Not properly maintaining the property (including the property's grounds);
d) Negligent supervision and/or maintenance of the property and its component parts;
e) Failing to warn visitors, guests and/or invitees about deficiencies in the property;
f) Failing to warn visitors, guests and/or invitees about hazards upon the property;

g) Failing to warn petitioner of the existence of the hazard at issue herein;
h) Failing to provide safe and/or adequate means of ingress or egress to the property at issue;
i) Not timely correcting and/or fixing the hazard at issue herein;
j) Creating a hazardous/dangerous condition; and
k) These acts of negligence are pleaded specifically herein and are in addition to other acts of negligence which will be shown at the trial of this matter.

12.

Defendant, **TRACTOR SUPPLY COMPANY,** owned, had custody, leased, and/or had *garde* of the premises at issue, and created, knew and/or should have known about the aforementioned defects and/or the hazardous/dangerous condition. As a result, Defendant, **TRACTOR SUPPLY COMPANY**, is liable to Plaintiff under the provisions of La. C.C. Art. 2317.

13.

On information and belief, **TRACTOR SUPPLY COMPANY** is self-insured and did not disclose any policy of insurance in effect which provides coverage for the incident complained of herein.

14.

As a result of the November 7, 2021 incident, **JUSTIN SCHMIDT** has incurred medical expenses, pain and suffering, emotional distress, and physical injuries, including, but not limited to: lower back, left leg, and left hip injuries. Furthermore, JUSTIN SCHMIDT has incurred multi-level disc protrusions of the lumbar spine and muscle tears in the left hip, which will require surgical intervention.

15.

As a result of the November 7, 2021 incident at issue herein, **JUSTIN SCHMIDT** suffered serious physical and mental injuries as well as inconvenience, entitling him to recover damages against defendants, including but not limited to:

a) Past and future mental pain and suffering;
b) Past and future physical pain and suffering;
c) Past and future medical expenses;
d) Past and future inconvenience;
e) Past and future loss of enjoyment of life;
f) Lost wages;
g) Loss of earning capacity;
h) Permanent disability; and
i) All damages allowed under Louisiana law which may be proven at the trial of this matter.

## JURY DEMAND

A trial by jury is hereby demanded as to all issues so triable.

**WHEREFORE**, Plaintiff, **JUSTIN SCHMIDT**, prays that Defendant, **TRACTOR SUPPLY COMPANY,** be served with a copy of this Complaint for Damages, that it be required to appear herein and answer same, that after all legal delays and due proceedings had there be judgment rendered herein in favor of **JUSTIN SCHMIDT,** and against Defendant, **TRACTOR SUPPLY COMPANY,** in the amounts to be determined by this Court, along with legal interest from the date of judicial demand and for all costs of these proceedings.

    Respectfully submitted,

    **IRPINO, AVIN & HAWKINS LAW FIRM**

    */s/ Dustin Poché*

    **ANTHONY D. IRPINO (#24727)**
    **DUSTIN L. POCHÉ (#33451)**
    2216 Magazine Street
    New Orleans, Louisiana 70130
    Telephone:   (504) 525-1500
    Facsimile:   (504) 525-1501
    Email:   dpoche@irpinolaw.com